UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re DHB INDUSTRIES, INC. CLASS ACTION LITIGATION | : | Civil Action No. 2:05-cv-04296-JS-ETB |
|  | : |  |
|  | : | CLASS ACTION |
|  | : |  |
| This Document Relates To: | : | STIPULATION AND [PROPOSED] ORDER |
|  | : | TO EXTEND TIME TO OPPOSE |
| ALL ACTIONS. | : | DEFENDANT DAVID H. BROOKS' |
|  | : | MOTION TO STRIKE |

WHEREAS, by Stipulation and Order dated March 8, 2006, the Court Ordered that the deadline for plaintiffs to file their Consolidated Class Action Complaint ("Complaint") was extended to March 20, 2006; defendants were to file their motion to dismiss the Complaint, if any, on or before May 4, 2006; plaintiffs are to file their opposition to defendants' motion to dismiss on or before June 19, 2006; and defendants are to reply to the opposition on or before July 19, 2006;

WHEREAS, on March 21, 2006, plaintiffs filed (1) a Renewed Application for an Order to Show Cause Why a Preliminary Injunction Should Not Be Entered Imposing a Constructive Trust Over Insider Trading Proceeds and Limited Expedited Discovery; and (2) a Motion for Entry of an Order Preserving the Right of Open Proceedings and Precluding the Filing of Documents Under Seal or Production of Documents Subject to Confidentiality Restrictions ("Plaintiffs' Motions");

WHEREAS, by Stipulation and Order dated April 7, 2006, the Court Ordered that defendants were to file their opposition to Plaintiffs' Motions by May 4, 2006 and plaintiffs are to reply to the opposition on or before July 19, 2006;

WHEREAS, on May 4, 2006, defendants filed their Motion to Dismiss the Complaint; and

WHEREAS, also on May 4, 2006, defendant David H. Brooks filed a Motion to Strike Allegations in Plaintiffs' Consolidated Class Action Complaint ("Motion to Strike");

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, as follows:

1. Plaintiffs shall file their opposition to the Motion to Strike on or before June 19, 2006;

2. David H. Brooks shall file his reply to plaintiffs' opposition to the Motion to Strike on or before July 19, 2006; and

- 1 -

3.  Oral argument on plaintiffs' Motions and the Motion to Strike, which is hereby requested, shall be set by the Court.

DATED: May 10, 2006

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)


_____
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
THOMAS G. WILHELM
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW & RUDOFF LLP
LYNDA J. GRANT (LG-4784)
NICOLE M. ZEISS (NZ-3894)
100 Park Avenue, 12th Floor
New York, NY 10017-5563
Telephone: 212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Plaintiffs

DATED: May 10, 2006

MILBANK, TWEED, HADLEY & MCCLOY LLP
C. NEIL GRAY

_____
C. NEIL GRAY

                              1 Chase Manhattan Plaza
                              New York, NY 10005-1413
                              Telephone: 212/530-5000
                              212/530-5219 (Fax)

DATED: May 10, 2006          MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                       AND POPEO P.C.
                                JEROME GOTKIN (JG-2637)

                              _____
                              JEROME GOTKIN

                              Chrysler Center
                              666 Third Avenue
                              New York, NY 10017
                              Telephone: 212/692-6800
                              212/983-3115 (Fax)

                              Attorneys for Defendant DAVID H. BROOKS

\*   \*   \*

## O R D E R

IT IS SO ORDERED that,

1. Plaintiffs shall file their opposition to the Motion to Strike on or before June 19, 2006;

2. David H. Brooks shall file his reply to plaintiffs' opposition to the Motion to Strike on or before July 19, 2006; and

3. Oral argument on plaintiffs' Motions and the Motion to Strike shall be set by the Court.

DATED: _____   _____
                                            THE HONORABLE E. THOMAS BOYLE
                                            UNITED STATES MAGISTRATE JUDGE