UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
MOUSSA YEROUSHALAMI, et al.,
on behalf of themselves and
all others similarly situated,

                          Plaintiffs,          ORDER
                                               05-CV-4296 (JS) (ETB)

          -against-


DHB INDUSTRIES, INC., et al.,

                          Defendants.

-----------------------------X
JAMIE SUPRINA,
individually and on behalf of
all others similarly situated,

                          Plaintiff,           05-CV-4330(JS)(ETB)

          -against-


DHB INDUSTRIES, INC., et al.

                          Defendants.
-----------------------------X
ROBERT PUCEK,
individually and on behalf of
all others similarly situated,

                          Plaintiff,           05-CV-4331(JS)(ETB)

          -against-


DHB INDUSTRIES, INC., et al.

                          Defendants.
-----------------------------X
ERNEST GOTTDIENER,
individually and on behalf of
all others similarly situated,

                          Plaintiff,           05-CV-4332(JS)(ETB)

          -against-


DHB INDUSTRIES, INC., et al.
                          Defendants.

```
-----------------------------X
THOMAS HUSTON,
Derivatively on behalf of DHB
Industries, Inc.,

                        Plaintiff,        05-CV-4345(JS)(ETB)

        -against-

DAVID H. BROOKS., et al.

                        Defendants.
-----------------------------X
HUI WANG,
individually and on behalf of
all others similarly situated,

                        Plaintiff,        05-CV-4380(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                        Defendants.
-----------------------------X
CAROL A. HELM,
Trustee of the Helm Trust dated
9-28-92, on behalf of herself
and all others similarly situated,

                        Plaintiff,        05-CV-4405(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                        Defendants.
-----------------------------X
BRUCE SIMONS,
individually and on behalf of
all others similarly situated,

                        Plaintiff,        05-CV-4408(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.
                        Defendants.
```

2

```
-------------------------------X
LSP PARTNERS, LP,
individually and on behalf of
all others similarly situated,

                        Plaintiff,        05-CV-4468(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                        Defendants.
-------------------------------X
DAVID BUSHNELL,
individually and on behalf of
all others similarly situated,

                        Plaintiff,        05-CV-4476(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                        Defendants.
-------------------------------X
TROY COREY,
individually and on behalf of
all others similarly situated,

                        Plaintiff,        05-CV-4491(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                        Defendants.
-------------------------------X
BRIAN ABRAMS,
Derivatively on Behalf of DHB
Industries, Inc.,

                        Plaintiff,        05-CV-4592(JS)(ETB)

        -against-

DAVID BROOKS, et al.

                        Defendants.
```

3

```
-----------------------------X
ALICIA MOLLER,
individually and on behalf of
all others similarly situated,

                        Plaintiff,          05-CV-4888(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                        Defendants.
-----------------------------X
GENE CORBETT,
individually and on behalf of
all others similarly situated,

                        Plaintiff,          05-CV-4919(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                        Defendants.
-----------------------------X
LEMON  BAY PARTNERS LLP,
Derivatively on behalf of DHB
Industries, Inc.,

                        Plaintiff,          05-CV-4951(JS)(ETB)

        -against-

David H. Brooks., et al.

                        Defendants.
-----------------------------X
GARY GELMAN,
individually and on behalf of
all others similarly situated,

                        Plaintiff,          05-CV-4886(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                        Defendants.
```

4

```
------------------------------X
PHILIP MAMOS,
individually and on behalf of
all others similarly situated,

                      Plaintiff,        05-CV-5009(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                      Defendants.
------------------------------X
ALVIN VIRAY,
derivatively on behalf of DHB
INDUSTRIES, INC.

                      Plaintiff,        05-CV-5194(JS)(ETB)

        -against-

DAVID H. BROOKS, et al.

                      Defendants.

------------------------------X
NECA-IBEW PENSION FUND (THE
DECATUR PLAN), et al,
individually and on behalf of
all others similarly situated,

                      Plaintiffs,       05-CV-5209(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                      Defendants.
------------------------------X
```

SEYBERT, District Judge:

     After review of the Report and Recommendation of Magistrate Judge E. Thomas Boyle, dated January 9, 2006, the Court hereby adopts in its entirety the Report and Recommendation.

5

Accordingly, the fifteen class action lawsuits are consolidated under the lead case with docket number 05-CV-4296 and with the caption In re DHB Industries, Inc. Securities Litigation. The four related derivative actions are consolidated under the lead case with docket number 05-CV-4345 and with the caption In re DHB Industries, Inc. Derivative Litigation.

The Court orders the parties to the class actions to file documents **ONLY** in the lead case for the class actions (05-CV-4296).[1] The Court orders the parties to the derivative actions to file documents **ONLY** in the lead case for the derivative actions (05-CV-4345).[1] The Clerk of the Court is ordered to CLOSE all other matters under the lead cases.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:     Central Islip, New York
           May  10  , 2006

-----

[1] NOTE: While filing documents via ECF, the parties are advised to **NOT** choose the "Spread Text" option. This will ensure that the documents are properly filed under the lead case and not any other related cases.

6